416 Pa. 567 (1965)
Weingreen, Appellant,
v.
Gomberg.
Supreme Court of Pennsylvania.
Argued November 13, 1964.
March 16, 1965.
Before BELL, C.J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.
*568 Harry Lore, with him Dorfman, Pechner, Sacks and Dorfman, for appellant.
John F. Naulty, for appellees.
OPINION PER CURIAM, March 16, 1965:
Affirmed on the opinion of Judge WATERS, 35 Pa. D. & C. 2d 143.
Mr. Justice COHEN dissents.